AO 91 (Rev. 11/11) Criminal Complaint

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jul 10 2026
ARTHUR JOHNSTON, CLERK

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.
ARTHUR JOSEPH SMITH, SR.
a/k/a Arthur Joseph Smith
a/k/a Arthur J. Smith
a/k/a Rem

*Defendant(s)*

Case No. 1:26mj-632-RPM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 9, 2026 in the county of Hancock in the Southern District of MS, Southern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Tchanavian Cola, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/10/26

[signature]
*Judge's signature*

City and state: Gulfport, Mississippi

Robert P. Myers, Jr.,United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Tchanavian Cola, being first duly sworn, hereby depose and say that:

1. I am a Special Agent (SA) with Homeland Security Investigations (HSI), United States Department of Homeland Security, presently assigned to the Office of the Resident Agent in Charge, Gulfport, Mississippi. I have been a Special Agent since October 2020. I am a graduate of the Federal Law Enforcement Training Center's Uniformed Police Training Program Criminal Investigator Training Program and HSI Special Agent Training. Prior to employment as a Special Agent, I was an Investigative Assistant with HSI and a Pentagon Force Protection Agency Police Officer. I obtained a Bachelor of Science in Criminal Justice and a Master of Science in Homeland Security.

2. I am familiar with the information contained in the affidavit based on my personal knowledge, my review of documents and other evidence collected, and my conversations with other law enforcement officers. Where the contents of documents and the actions, statements, and conversations of others reported herein, are reported in substance and in part, except where otherwise indicated. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

3. On July 9, 2026, Homeland Security Investigations (HSI) Gulfport and Hancock County Sheriff's Narcotics Division arrived at 16170 10th street, Pearlington, Mississippi to execute an arrest warrant on Martha Wathen. Agents initially encountered two individuals standing in the front yard. One individual, later identified as Arthur Joseph "REM" SMITH Sr., informed agents that he was the resident. Agents inquired about Martha Wathen, and SMITH Sr. denied that she was present at the home. HSI has previously conducted controlled purchases at this residence during which the source of supply was named REM. These purchases were video and audio recorded.

4. Agents requested permission to enter the residence to confirm that Wathen was not present. SMITH Sr. agreed and escorted agents to the front door. During the walk, SMITH Sr. stated he had not seen Wathen since the previous night. Upon SMITH Sr. opening the front door, agents entered the home and called out for Wathen. Agents located Wathen in a nearby bedroom. In the room, agents smelled and observed marijuana, pills wrapped in clear plastic and a small white substance on the bed.

5. While confirming Wathen's identity and identifying the individual in the room with her, agents heard additional voices coming from a door behind them. Agents continued a protective sweep of the home and found more individuals in the adjacent room. While clearing this room, agents observed marijuana and drug paraphernalia in the bedroom. At this time, a state search warrant was obtained and executed.

6. During the execution of the warrant, agents found two clear bags containing a white, crystalized substance believed to be methamphetamine (approx. 63.5 grams) inside of a small black box, a bag containing a white, crystalized substance believed to be methamphetamine (approx. 231.3 grams) and two handguns in a black backpack. Agents also discovered a rifle, with magazines and ammunition, behind the bed and a second rifle, also with magazines and ammunition, near the closet. These items were found in the bedroom SMITH Sr. described to be his and later confirmed an additional time with agents. Personal items belonging to SMITH Sr. were also present in the bedroom. A bag of marijuana (approx. .5 pounds) was also found in a disabled vehicle parked in the front yard of the residence. SMITH Sr. was subsequently arrested.

7. Pursuant to the reading and signing of the Miranda Rights warning form, SMITH Sr. advised agents that he is a convicted felon. SMITH Sr. also stated that he had knowledge of the rifles in the bedroom, although he is not the owner.

8. Based on the aforementioned facts and circumstances, your affiant believes there is probable cause that Arthur Joseph "REM" SMITH Sr. has violated Title 21, United States Code, Section 841(a)(1).

Tchanavian Cola
Special Agent
Homeland Security Investigations
U.S. Department of Homeland Security

Sworn to and subscribed before me this,
the 10th day of July 2026.

United States Magistrate Judge
Southern District of Mississippi